[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 09-13759
Non-Argument Calendar
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAR 23, 2010
JOHN LEY
CLERK

D. C. Docket No. 09-00015-CR-4-RH

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JOHN WILSON SMITH, JR.,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

(March 23, 2010)

Before BLACK, CARNES and PRYOR, Circuit Judges.

PER CURIAM:

Randolph Murrell, appointed counsel for John Wilson Smith, Jr., has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merits of the appeal is correct. Because independent examination of the entire record reveals no issues of arguable merit, counsel's motion to withdraw is **GRANTED**, and Smith's convictions and sentences are **AFFIRMED.**